MABEL H. STILWELL, Respondent, *v.* HOLLAND DUELL, Appellant.

(Argued November 28, 1934; decided December 31, 1934.)

*Clayton R. Lusk, Frank Harvey Field* and *Reginald Field* for appellant.

*Frank A. Fritz* and *Arthur C. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.